IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 5:22cr4 (3) |
| | § | |
| TERRANCE LAMAR PEACOCK | § | |

**FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA
BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Court for administration of the guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.

On May 16, 2023, this cause came before the undersigned United States Magistrate Judge for guilty plea of the Defendant on Count 1 of the Indictment. Count 1 of the Indictment charges a violation of 21 U.S.C. § 846, conspiring to distribute and to possess with intent to distribute a controlled substance. After conducting said proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Court finds:

a. That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea in this cause by a United States Magistrate Judge subject to a final approval and imposition of sentence by the District Court.

b. That the Defendant and the Government have entered into a plea agreement, which has been disclosed in open court pursuant to Fed. R. Crim. P. 11(c)(2) and filed pursuant to Local Criminal Rule CR-49 (c)-(e).

c. That the Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses.

   d. Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the undersigned. Both parties waived the objection time period.

  IT IS THEREFORE RECOMMENDED that the District Court accept the Plea Agreement and the Guilty Plea of the Defendant, and that TERRANCE LAMAR PEACOCK should be finally adjudged guilty of the offenses listed above.

  SIGNED this the 16th day of May, 2023.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE